IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CAROLINE BROWN,<br><br>    Debtor.<br>_____<br><br>SUMI LIM,<br><br>    Plaintiff/Appellant,<br><br>  v.<br><br>CAROLINE BROWN,<br><br>    Defendant/Appellee.<br>_____/ | No. 11-03894 CW<br><br>ORDER GRANTING APPELLANT'S REQUEST FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND DENYING APPELLANT'S REQUEST FOR CERTIFICATION OF APPEAL TO NINTH CIRCUIT |

    Pro se Appellant Sumi Lim requests an extension of time to file her opening brief on appeal and moves for certification of her appeal to the Ninth Circuit.  The Court grants Appellant's request for an extension of time to file her opening brief and denies her motion for certification of her appeal to the Ninth Circuit. Appellant shall have two weeks from the date of this order to file her opening brief.

    IT IS SO ORDERED.

Dated: 10/5/2011

                                          CLAUDIA WILKEN
                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RE:CAROLINE BROWN,

        Plaintiff,

v.

RE:CAROLINE BROWN et al,

        Defendant.

Case Number: CV11-03894 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sumi Lim
1815 Spruce St. #203
Berkeley, CA 94709

Dated: October 5, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2